UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANJOKO OLAKITAN ADETAYO,<br><br>Petitioner(s),<br>v.<br><br>TODD LYONS, et al.,<br><br>Respondent(s). | CASE NO. C26-2790-KKE<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND REFERRING THIS MATTER TO THE FEDERAL PUBLIC DEFENDER |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner filed a motion requesting appointment of counsel. Dkt. No. 6. Having reviewed Petitioner's motion and habeas petition, and the remainder of the record, the Court finds that, because of the complex issues involved in this case, appointing counsel for Petitioner would further the interests of justice. *See* 18 U.S.C. § 3006A(a)(2)(B). In particular, the Court notes that the Government has filed a notice of intent to imminently remove Petitioner from the United States. Dkt. No. 14. The materials submitted in support of his IFP application support Petitioner's financial eligibility for the appointment of counsel. *See* Dkt. No. 9.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's request for appointment of counsel. Dkt. No. 6.

(2) This matter is referred to the Office of the Federal Public Defender for review.

(3) The Court requests that the Office of the Federal Public Defender review the petition and advise the Court by August 26, 2026, if it will seek appointment in this matter.

(4) The Clerk is directed to send a copy of this order to Petitioner and to the Office of the Federal Public Defender.

Dated this 21st day of August, 2026.

Kymberly K. Evanson
United States District Judge