UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANJOKO OLAKITAN ADETAYO,<br><br>Petitioner(s),<br>v.<br><br>TODD LYONS, et al.,<br><br>Respondent(s). | CASE NO. C26-2790-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Government's opposition to Petitioner's motion for temporary restraining order references a declaration of Christopher Hubbard that is not on the docket. Dkt. No. 16 at 2–5. The Government shall file the Hubbard declaration no later than August 28, 2026.

Dated this 27th day of August, 2026.

Joshua C. Lewis
Clerk

*/s/Alejandro Pasaye Hernandez*
Deputy Clerk