UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANJOKO OLAKITAN ADETAYO,<br>Petitioner(s),<br>v.<br>TODD LYONS, et al.,<br>Respondent(s). | CASE NO. C26-2790-KKE<br><br>ORDER OF DISMISSAL |

Petitioner filed a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention. Dkt. No. 3. Before his petition could be fully briefed, Petitioner was transferred out of this district in anticipation of his scheduled removal from the United States to Nigeria on September 8, 2026. Dkt. No. 26. The Court heard on September 9, 2026, that Petitioner was removed to Nigeria. Dkt. No. 27.

As it appears that the Court can no longer provide relief as requested in the habeas petition, the Court DISMISSES the petition without prejudice as moot. *See, e.g.*, *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007).

Dated this 9th day of September, 2026.

Kymberly K. Evanson
United States District Judge