UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANJOKO OLAKITAN ADETAYO,<br><br>Petitioner(s),<br>v.<br><br>TODD LYONS, et al.,<br><br>Respondent(s). | CASE NO. C26-2790-KKE<br><br>ORDER TERMINATING MOTION |

This is a federal habeas action under 28 U.S.C. § 2241. Before Petitioner was removed from the United States on September 9, 2026, he prepared a motion for temporary restraining order and mailed it to the Court, but it was not placed on the docket until September 23, 2026. Dkt. No. 31. The habeas petition was dismissed as moot due to Petitioner's removal from the United States, and this case is closed. Dkt. Nos. 28–29. Accordingly, because the Court can no longer provide relief on the petition or the motion due to Petitioner's removal, the Court directs the clerk to TERMINATE the pending motion.

Dated this 24th day of September, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge